UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRACE F. ADERINTO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL DECONTO, et al.,<br><br>　　　　Defendants. | NO.  CV-09-0386-LRS<br><br>ORDER OF DISMISSAL |

On February 1, 2010, the Court screened plaintiff's Amended Complaint for legal and factual sufficiency and determined it failed to comply with Federal Rule of Civil Procedure 8(a).  In the February 9, 2010 "Amended Order to Amend Complaint," the Court directed plaintiff to file a second amended complaint in compliance with the Federal Rules Of Civil Procedure 8(a) by March 9, 2010 (Ct. Rec. 18). Plaintiff filed a timely "Second Amended Complaint" on March 9, 2010 (Ct. Rec. 22).  Thereafter, the Court screened the Second Amended Complaint and found that it fails to comply with Rule 8(a). Plaintiff appears to incorrectly argue that this Court has jurisdiction pursuant to 28 U.S.C. §1331 over her separate and independent action with the Municipal Court of Spokane.  The Second Amended Complaint does not state proper legal grounds upon which the Court's federal subject matter jurisdiction is based. The Court hereby dismisses plaintiff's

ORDER OF DISMISSAL - 1

action without prejudice.

**IT IS HEREBY ORDERED:** Plaintiff's action is **DISMISSED** without prejudice. All pending motions are deemed **MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide a copy to plaintiff, and **CLOSE THIS FILE.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to plaintiff.

**DATED** this ___16th___ day of March, 2010.

***s/Lonny R. Suko***

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 2