AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GRACE F. ADERINTO,

        Plaintiff,

        v.

MICHAEL DECONTO, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-386-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is dismissed without prejudice pursuant to the Order of Dismissal entered on March 16, 2010, Ct Rec 32, and the Order Denying Motion to Amend and Directing Entry of Judgment entered on April 6, 2010, Ct Rec 36.

| April 6, 2010 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |